JS-6

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LUCAS E. ROWE
California Bar No. 298697
Special Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-7177
    E-mail:    Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CV 14-07480-GW (PJWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFAULT JUDGMENT OF FORFEITURE |
| $24,697.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

On September 25, 2014, plaintiff United States of America filed a Complaint for Forfeiture alleging that the defendant $24,697.00 in U.S. currency was subject to forfeiture.

On December 22, 2014, a Default by Clerk as to the Complaint for Forfeiture was entered against the interests of Henrik Grigoryan, Gevork Manukyan, Glen's Truck Stop, American Express, and all other potential claimants.

The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Verified Complaint for Forfeiture states a claim for relief.

3. Notice of this action has been given in the manner required by law. No appearances were made in this action by any claimant. The Court deems that all potential claimants, including Henrik Grigoryan, Gevork Manukyan, Glen's Truck Stop, and American Express, admit the allegations of the Verified Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Henrik Grigoryan, Gevork Manukyan, Glen's Truck Stop, and American Express, in the defendant $24,697.00 in U.S. currency.

///
///
///

5. The defendant $24,697.00 in U.S. currency shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant $24,697.00 in U.S. currency in the manner required by law.

DATED: Feb. 23, 2015

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Lucas E. Rowe
_____
LUCAS E. ROWE
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA